For the error in the court's charge, herein discussed, the motion for rehearing is granted and the judgment of the trial court is reversed and the cause is remanded.

## HAMM v. STATE.
### No. 22755.

Court of Criminal Appeals of Texas.

Feb. 9, 1944.

Gray Browne, of Abilene, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The record is before us without bills of exception and without statement of facts. The procedure is regular. Nothing is presented for our consideration.

The judgment of the trial court is affirmed.